Danny M Wells
13770 Sayre street Sylmar
California 91342
818-941-8876



United States District Court

Central District of California

Danny M Wells
    Plaintiff

vs.

United States Social
Security Administration
ET, AL

CASE NO# 08-297 GW(EX)
REPORT OF THE
ESTATE OF DANNY M. WELLS
pursuant to the Oral Order of the
Honorable Consuelo B. Marshal
And United States Code

1 TO the COURT, I report the condition on my Estate as allowed by the oral order, and USC. I report pursuant to the fact I am a ward of the COURT. I report to present the record of this issue. TO establish that the Court it self as an administrator of my ESTATE has the evidence of my ownership of the Sea Castle In the record, At the United States COURT of Appeals 7th Circuit Court 1978 -1980,
I report that the Honorable Consuelo B. Marshal was briefed on my ownership of the Sea Castle and other buildings, that the briefing or the COURT before an appearance of the parties is the procedure which insures that documents are not compromised.

2. The COURT has the authority, as I am a WARD of the COURT to INVESTIGATE before an appearance and to accept the briefing by parties who have my ownership documents. This was what occurred to obtain the United States 7 th Circuit Court of Appeals ORDER 1978-1980, I was not allowed to attend the briefing, as the documents are kept secret from everyone, they have official seals on them The briefing has a cost that has to be paid and it is not available to anyone, due to the materials presented, the cost will be paid by one of my accounts, to be reimbursed by the party causing the necessity of this briefing.

3 I identify the agency and authorities who have ownership documents, of various buildings, as it is not just the Sea Castle 1725 Ocean Front Walk Santa Monica, it is all of the area called Santa Monica, All of the area called Pasadena, All of the area called San Bernardino, and All of the area called Costa Mesa, The following The United States Inspector General, Arlington Virginia. The United States Internal Revenue Service Los Angeles California,

The United States Department of Justice the Trustee, the Trustee has a file on me as I were a ward of the United States Attorney, the Trustee was given the ownership information about the Sea Castle Apartments 1725 Ocean Front Walk Santa Monica California in 1978-1980, as I was in contact with the office when I had the original Sea Castle demolished to have the current building built. The Trustee located in Washington D.C.

4. The Embassy of the Hellenistic Republic of Greece Briefed the United States 7th Circuit Court of

Appeals as well as the British Embassy 1978-1980. The Counsel ate General and the staff were in charge of the Springfield Illinois area, and the time period was 1975 1980, The Embassy of the Republic of Ireland In Los Angeles, and Manhattan New York have records. The Embassy of Israel in Los Angeles California have ownership records of Gateways Hospital and Mental Health Centers and my other Properties. The Embassy of Saudi Arabia in Washington D.C. have records of my ownership.

5 I am 353565347. California Drivers License Number A6712910, I am a Hermaphrodite.
The Honorable Anthony R. Ishi United States District Court Eastern District of California was the judge that made me a Ward of the United States District Court, in a United States District Court Central District of Illinois Case, about my property, as I was very Young I was made a ward of the Court.

6. The record of my litigation is clear to the point of protecting the legal record of my ownership I NOTE in this report that I established ownership of property in an Appellate court in Illinois, Before then I was in Superior Courts in Illinois, and had to go on to the United States District Court 1975-1976 The Headquarters of the United States District Court in Washington DC, the staff of 1976-1985, and present may have a file on me regarding the properties I own

I report that my properties are held by county and state agencies that house people under the market cost of

the property, and that systems have developed among my properties where in I the owner do not have access to my living spaces,

7 The persons in my properties require to be sued, they will not respond to instructions, and I have specific properties I had plans for, The Orion House of Orion street Van Nuys California at 8141 Orion Behavioral System South West is in that circumstance, as well as Gateways Hospital,

I planed to open a medical school, and this were planned some 30 years ago, and I have to sue the employee to get them out, The buildings house people and they will not get out, so that is my circumstance

I as that the COURT contact the Embassy of the Hellenistic Republic of Greece, that the Embassy of the Hellenistic Republic of Greece organize a Briefing for the COURT among the Embassy that have my ownership documents.

This will clarify I am in fact the owner of various Property. The management is always public record, but he actual owner of property requires research, and controlled documents. I do not have access to the controlled documents.

The United States Federal Bureau of Investigation, the United States Attorney, the United Sates Inspector General, and the Headquarters of the United States District Court Washington DC were asked by me to submit individual lists of properties I own that were to be the locations known as the Estate of Danny M Wells, also known as Bruce Wayne, and Or Laura Croft, all names I have went by when I purchased a given property,.

The Plainitff askes the COURT to contact the Embassy of the Hellinistic Republic of Greece, Los Angeles and Washington DC, as they can contact the embassy personnel of 1975 through 1980 that were assigned to the Springfield Illinois area, and that staff know my Properties as well as were my money is, and they may have documents of owereship

The plainitff also PRAY the court to contact the Republic of Turkey as I am a WAAARD of the Supreme COURT of the Republic of Turkey, I PRAY that the agencies identified are contacted by the court as a Investigation by the Court, Pursuant to the United States Code regarding a Ward and Ward of the United States District Court Washington D.C.

The proposed investigation by the COURT willl save time in litigation, questions as to who this all occurred can be explained by the agencies above,, The information is secret

I Danny M Wells Swear and affirm Under Penalty Of Perjury Under the Laws of the United States of America That the above is true

Mr Danny M Wells
1 Feb 2008

Danny M Wells
13770 Sayre street
Sylmar California 91342
818-941-8876

UNITED STATES DISTRICT COURT

CENTRAL DISTRCIT OF CALIFORNIA

DANNY M WELLS
PLAINTIFF

CASE NO#08-297 GW(EX)
PROOF OF SERVICE
OF THE REPORT OF
THE ESTATE OF
DANNY M. WELLS

VS

UNITED STATES SOCIAL SECURITY
ADMINISTRATION ET, AL

I Danny M Wells swear and affirm that a true copy of the REPORT OF THE ESTATE was served upon DEFENDANT(S) United States Social Security Administration by mailing a copy to 1500 Woodlawn, Baltimore Maryland 21241,

That a true copy of the REPORT OF THE ESTATE OF DANNY M. WELLS as served upon defendant Santa Monica City Council by mailing a copy to 1685 Main Street Santa Monica California 90405

That a true copy of the REPORT OF THE ESTATE was served upon the California Department of Real Estate by mailing a copy to 2201 Broadway Sacramento California 95814

That a true copy of the REPORT OF THE ESTATE mailed to the employees, and the management of the Sea Castle Apartments at 1725 Ocean Front Walk Santa Monica California 90405

That a copy of the REPORT OF THE ESTATE was served upon ALIANCE by mailing a true copy to 1725 Ocean Front Walk Santa Monica California

I Danny M Wells Swear and Affirm Under Penalty of Perjury Under the Laws of the United States of America That the above is

Mr Danny M Wells
2 FEB 2008