UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Danny M Wells<br><br>        Plaintiff(s),<br>v.<br><br>Employee and Management of the Sea Castle Apartments et al<br><br>        Defendant(s). | CASE NUMBER<br><br>CV 08-297-GW(Ex)<br><br>NOTICE OF DEFICIENCY<br>DEFAULT/DEFAULT JUDGMENT |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of ~~as to defendants filed on~~ 3/26/2008 for the following reason(s)

 **The name of the person served does not exactly match the complaint regarding defendant Employees of the Sea Castle  and Management.**

**Proof of Service is lacking required information. Service was done by regular mail no indication as to who was  authorized to accept service of process for defendants Santa Monica City Council, Employees and Management of the Sea Castle Apartments, Alliance.**


**Missing the site of the one statute  upon which service of process was made.**

**Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have default reconsidered.**

.

                                                            CLERK OF COURT

                                                            By Phyllis Lopez
                                                                    Deputy Clerk