MADE JS-6

From Mr Danny M Wells
13770 Sayre Street
Sylmar California

DANNY WELLS V. ALLIANCE, et al.

NTC OF DISM PURS TO L.R. 41-2

To the United States District Court Central District of California.

Regarding Case Number CV-08-297 (GW)(Ex)

From the plaintiff Danny M. Wells please recognize this as a Withdraw the complaint.

As I am unable at this time to complet Litigation, and now I withdral the Suit

Mr Danny M Wells
6 May 2008

phone 818-491-8876

FILED
CLERK, U.S. DISTRICT COURT
MAY -8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY